# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

---

Drachir P. Parson,

      Plaintiff,

    v.
                                     5:25-CV-956
                                     (AJB/MJK)

Captain Nicholas Lynch, et al.

      Defendants.

---

Drahcir S. Parson, Plaintiff, *pro se*

Mitchell J. Katz, U.S. Magistrate Judge

## DECISION and ORDER

On December 8, 2025, the Court issued an Order and Report-Recommendation ("ORR") in this action. (Dkt. 9). In the ORR, I reviewed Parson's civil rights complaint pursuant to 28 U.S.C. § 1915. (*Id.*). Based upon my initial review, and after finding that Parson met the financial criteria to proceed *in forma pauperis*, I recommended that some of Parson's claims be: (1) dismissed with prejudice and without leave to amend; (2) dismissed without prejudice and with leave to

amend; and (3) allowed to proceed and that a response be required. (*Id.*).[1]

Parson filed objections to the ORR. (Dkt. 10). On January 20, 2026, U.S. District Court Judge Anthony J. Brindisi accepted my ORR, granted Parson thirty days in which to file an amended complaint to the extent authorized by my ORR, and upon expiration of the thirty-day period that the action be dismissed without further order of the court, and if an amended complaint was filed that it be referred to me for further review and action as appropriate. (Dkt. 11).

On February 19, 2026, Parson filed an Amended Complaint. (Dkt. 14). On May 19, 2026, the Court issued a Report-Recommendation as to the Amended Complaint. (Dkt. 16). On June 22, 2026, U.S. District Court Judge Anthony J. Brindisi accepted my May 19, 2026 Report-Recommendation, as modified, finding that the following claims in the Amended Complaint survived initial review and required a response: (1) Fourteenth Amendment excessive force claim against Sergeant Eric Clark; (2) Fourteenth Amendment excessive force claim against C.O. Johnston; (3) Fourteenth Amendment excessive force claims against C.O. Adam Raymond; (4) Fourteenth Amendment excessive force claim

---

[1] See December 8, 2025 Order and Report-Recommendation for a more detailed discussion of how each claim was adjudicated under 28 U.S.C. § 1915.

against C.O. Thomas Kiehle; (5) municipal-liability claims against Cortland County based on (a) excessive force not being reported, (b) officers entering cells and using excessive force, and (c) failing to properly train officers on the use of force; (6) state-law claims against Sergeant Eric Clark Clark, C.O. Johnston Johnston, C.O. Adam Raymond, and C.O. Thomas Kiehle Kiehle for assault and battery; and (7) Fourteenth Amendment claims against Captain Nicholas Lynch for (a) conditions of confinement; and (b) procedural due process. (Dkt. 18).

**WHEREFORE**, based on the findings above it is

**ORDERED** that the Clerk shall issue summonses and forward them, along with a copy of the Amended Complaint (Dkt. No. 14), a copy of this Decision and Order, and the June 22, 2026, Order on Report & Recommendation (Dkt. 18) to the United States Marshal for service upon defendants **Captain Nicholas Lynch, C.O. Thomas Kiehle, Sergeant Eric Clark, C.O. Adam Raymond, C.O. Johnston and Cortland County Municipality**; and it is further

**ORDERED** that a response to Parson's Amended Complaint be filed by defendants **Captain Nicholas Lynch, C.O. Thomas Kiehle, Sergeant Eric Clark, C.O. Adam Raymond, C.O. Johnston and Cortland County Municipality** or their counsel as provided for in the Federal Rules of Civil Procedure; and it is further

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367; and it is further

**ORDERED** that **any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was served on all opposing parties or their counsel.  Any document received by the Clerk or the Court which does not include a proper certificate of service will be stricken from the docket**; and it is further

**ORDERED**, that Parson must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with the Local Rules of the Northern District of New York in filing motions; and it is further

**ORDERED**, that **Parson is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in his address; his failure to do so will result in the dismissal of this action**; and it is further

**ORDERED** that the Clerk shall provide the superintendent of the facility, designated by Parson as his current location, with a copy of

Parson's authorization form (Dkt. 7), and notify the official that this action has been filed and that Parson is required to pay the entire statutory filing fee of $405.00 pursuant to 28 U.S.C. § 1915; and it is

**ORDERED** that the Clerk shall serve a copy of this Decision and Order on Parson.

Dated: June 29, 2026.

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge